**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FORTUNOFF HOLDINGS, LLC, and<br>FORTUNOFF CARD COMPANY, LLC,<br><br>                    Debtors. | Chapter 7 (Converted)<br><br>Case No. 09-10497 (RDD)<br><br>(Jointly Administered) |
| IAN J. GAZES AS CHAPTER 7 TRUSTEE OF THE ESTATE OF FORTUNOFF HOLDINGS, LLC, and FORTUNOFF CARD COMPANY, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>Fischer Diamonds, Inc.,<br>                    Defendant. | Adv. Pro. No. 10-04135(RDD) |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

**PLEASE TAKE NOTICE** that the Ian J. Gazes as Chapter 7 Trustee of the Estate of Fortunoff Holdings, LLC and Fortunoff Card Company, LLC hereby dismisses the above-referenced adversary proceeding against the above-captioned defendant with prejudice and without costs pursuant to Fed R. Civ. P. 41(a) made applicable herein by Federal Rule of Bankruptcy Procedure 7041. This adversary proceeding is hereby closed.

Dated:  New York, New York
            December 21, 2011

GAZES LLC

By:     /s/ Ian J. Gazes
       Ian J. Gazes
151 Hudson Street
New York, New York 10013
(212) 765-9000

Attorneys for the Chapter 7 Trustee